**Primerica Life Insurance Company**
**1 Primerica Parkway**
**Duluth, GA 30099-0001**

Re: Spouse Rider Exchange for Policy Number: █████ 5150

Print First Name: _RB Richard_   _RicHard_

Print Last Name: _Beymer_   MI: _R_

SSN: ████████ _8519_   M ☒ F ☐   Date of Birth: █████ _1956_

Residence Address: _8101 SE Skylark Ave_
Street Address

_Hobe Sound_   _FL_   _33455_
City   State   Zip Code

Home Phone Number: (_772_) _546 1004_   Cell Number: (____)
Area Code   Phone Number   Area Code   Phone Number

## BENEFICIARY DESIGNATION

Beneficiaries to share equally unless otherwise specified.  If a group is named as beneficiary, you must name each individual of this group.

IF A MINOR (below the age of 18) IS LISTED BELOW, PLEASE UNDERSTAND THAT FINANCIAL GUARDIANSHIP FOR THE MINOR'S ESTATE WILL BE REQUIRED BEFORE POLICY PROCEEDS CAN BE RELEASED.

IF THIS IS AN IRREVOCABLE BENEFICIARY, CHECK HERE: ☐

PRIMARY BENEFICIARY

| List Your Primary Beneficiaries | Relationship to You | SSN | % (must equal 100) |
|---|---|---|---|
| Claire Mason | Frend | | 100 |
| | | | |

CONTINGENT BENEFICIARY

| List Your Contingent Beneficiaries | Relationship to You | SSN | % (must equal 100) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

I wish to continue the coverage I had under policy number: █████ 5150

Signature of Insured ✗ _Richard Bey_

Date: _4/21/2020_

Agent Name _Alvin L Miller_

Agent Signature _Alvin L Miller_

Solution No.

_04/21/2020_
Date

SPCVU 10-14